FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID STANLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OREGON MUTUAL INSURANCE COMPANY, a foreign insurance company doing business in Washington State,<br><br>Defendants. | CASE NO: 2:24-CV-00036-RLP<br><br>ORDER ON STIPULATION FOR DISMISSAL |

Before the Court is the parties' Stipulation for Dismissal, ECF No. 24. The parties stipulate to the dismissal of this action, with prejudice and without an award of attorneys' fees or costs to any party. Pursuant to FRCP 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulation for Dismissal, ECF No. 24, is **GRANTED**.

ORDER ON STIPULATION FOR DISMISSAL * 1

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED** with prejudice, without an award of fees or costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, close the file, and provide copies to the parties.

DATED March 24, 2025.

_____
REBECCA L. PENNELL
United States District Judge

ORDER ON STIPULATION FOR DISMISSAL * 2